SM

**FILED**

DEC 12 2023 

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Carl A. Wescott

(full name of plaintiff or petitioner)

vs.

First American Financial Corp., et al.

(full name of defendant(s) or respondent(s))

**APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS / FINANCIAL AFFIDAVIT**

1:23-cv-16709
Judge John Robert Blakey
Magistrate Judge Heather K. McShain
Random Assignment
Cat 3

**Instructions:** Please answer every que_____ If the answer is "0" or "none," say so.

**Application:** I am one of the parties in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

[✔] to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)

[ ] to request an attorney

1. *Are you employed?*
   [ ] Yes  Name and address of employer: _____
   Total amount of monthly take-home pay: _____
   [✔] No  Date(s) of last employment: July 4th, 2019  Last monthly take-home pay: $12,500

2. *If married, is your spouse employed?* [✔] Not married
   [ ] Yes  Name and address of spouse's employer: _____
   Total amount of spouse's monthly take-home pay: _____
   [ ] No  Date(s) of spouse's last employment: _____  Spouse's last monthly take-home pay: _____

3. *Other sources of income / money:* For the past 12 months, list the amount of money that you and/or your spouse have received from any of the following sources:

   (list the 12-month total for each)

   | Source | Amount |
   |---|---|
   | Self-employment, business, or profession: | $ 0 |
   | Income from interest or dividends: | $ 1 |
   | Income from rent payments: | $ 0 |
   | Pensions, annuities, or life insurance: | $ 0 |
   | Disability or worker's compensation: | $ 0 |
   | Gifts (including deposits into any accounts in your name): | $ 0 |
   | Unemployment, public assistance, or welfare: | $ 2456 (EBT/food stamps) |
   | Settlements or judgments (include any that are expected): | $ 0 |
   | **Any other source of money:** | $ 0 |

   → See EXHIBIT A

4. *Cash and bank accounts*: Do you and/or your spouse have any money in cash or in a checking or savings account? ☑ Yes ☐ No  If yes, how much? 62 total between two credit union accts

5. *Other assets*: Do you and/or your spouse own or have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)? ☐ Yes ☐ No

    If yes, list each item of property and state its approximate value:
    I am the managing member and sole owner of membership units of two Arizona single-member LLCs. However, neither had any income in the last 12 months, and each has a negative book value.

6. *Dependents*: Is anyone dependent on you and/or your spouse for support? ☐ Yes ☑ No

    If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

7. *Debts and financial obligations*: List any amounts you owe to others:
    I owe my mother $1,000. I owe my friend Corey Waggone $2371. I owe my friend Manoj Waikar $12,000.   I had other substantial debts in the past.
    I filed chapter 7 bankruptcy 11/7/2017, discharge granted 2/14/2018

8. *Provide any other information that will help explain why you cannot afford to pay court fees / hire an attorney*:

**Declaration**: I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: 12/2/2023

*Applicant's signature*
Carl A. Wescott
*Printed name*

EXHIBIT A

This is my EBT/SNAP food stamps CARD:



... which is active.

C. Wescott
12/2/2023