AXA

December 16th, 2023

Clerk of the Court
United States District Court
District of Illinois - Northern District
Eastern Division
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

**FILED**

DEC 26 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Re: USM-285 for service of process for *Wescott v. First American Title Insurance Company*
1:23-cv-16709 (Judge John Robert Blakey)

Dear Clerk:

Thank you again for returning my endorsed/stamped complaint.

In the interest of judicial efficiency, I am enclosing a USM-285 for our future use, whenever you or the Court see fit to order the US Marshals to serve the Defendant, First American Title Insurance Company (as per 28 USC 1915).

I will be in a hospital starting next week for about three weeks and thus will not be able to respond to you or the Court to provide this information for the rest of December, so I'm sending it to you early so that you have it when you need it.

Thank you for your time and assistance.

Sincerely,

*/s/ CA Wescott*

Carl A. Wescott
8210 E. via de la Escuela
Scottsdale, AZ 85258
276 773 7377

1

CW
8210 E. Via de Sueña
85258

PHOENIX AZ 852
18 DEC 2023 PM 9 L

Clerk
U.S.D.C.
US Courthouse
219 South Dearborn St.
Chicago, IL 60604

RECEIVED

DEC 26 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT