# FILED

12/18/2023

DEC 27 2023 JXM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear Clerk of the Court,

I noticed a typo in my address, which is 8201 E via de la Escuela on your mailing label.

Would you kindly correct that to 8210 E. via de la Escuela, Scottsdale, AZ 85258?

Thank you

Carl A. Wescott, Plaintiff for 1:23-cv-16709



OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Carl A. Wescott
8201 E. Via De La Escuela
Scottsdale, AZ 85258
1:23-cv-16709