JC

**FILED**
FEB 07 2024 AxA
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

REQUEST BY NON-PRISONER PRO SE PARTY
FOR ELECTRONIC NOTICING

Case Number **1:23-cv-16709**

This form is to be used when requesting notice of filings be received electronically. The following information is required:

Personal Information

First Name **CARL**   Middle Name **ALEXANDER**
Last Name **WESCOTT**   Generation
Address **8210 E. Via de la escuela**
City **Scottsdale**   State **AZ**   Zip Code **85258**
Telephone Number **276 773 7377**

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OS
- Internet access (high speed is recommended)
- A web browser (Such as current versions of MS Edge, Google Chrome, Mozilla Firefox, or Safari)
- Adobe Acrobat Reader or another PDF viewer is needed for viewing e-filed documents

E-mail address designated for noticing:

**CARLWESCOTT01@GMAIL.COM**

Note: You must promptly notify the Clerk's Office, in writing, if there is a change in your designated e-mail address.

E-mail type:

✓ HTML – Recommended for most e-mail clients

☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

By submitting this request form, the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice of Electronic Filing will allow one free look at the document, and any attached .pdf may be printed or saved. After the free look viewing, a user must have a PACER account to query documents in the case. To register for PACER, a user must complete the on-line form or submit a registration form available on the PACER website http://www.pacer.gov.

**2/2/2024**   **CA. Wescott**
Date   Participant Signature

February 1st, 2023

Clerk of the Court
United States District Court
District of Illinois - Northern District
Eastern Division
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: electronic noticing for two cases
    Wescott v. United Airlines, 1:23-cv-16178
    Wescott v. First American Title Insurance Company, et al., 1:23-cv-16709

Dear Clerk:

I have two cases in United States District Court where I am the Plaintiff:

    Wescott v. United Airlines, 1:23-cv-16178
    Wescott v. First American Title Insurance Company, et al., 1:23-cv-16709

I am hoping to get electronic noticing for the cases filings in the docket for both cases.

This is the form I used in United States District Court in Arizona to request that. I could not find a form for Illinois, Northern District, but I am hoping you use this one or can accommodate my request using this form.

The email address I would like to receive emails regarding case filings is CarlWescott01@gmail.com, as per the attached two Requests for Pro Se Party Electronic Noticing.

Please call me @ (276) 773 7377 if you'd like to talk about this or need further information.

Sincerely,

Carl A. Wescott
8210 E. via de la Escuela
Scottsdale, AZ 85258

1