**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Carl A. Wescott

                                        Plaintiff,

v.                                                      Case No.: 1:23−cv−16709
                                                        Honorable John Robert Blakey

First American Financial Corporation, et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 1, 2024:

        MINUTE entry before the Honorable John Robert Blakey: On 1/22/24, this Court denied Plaintiff's application for leave to proceed in forma pauperis and dismissed his complaint [10]. At that time, the Court advised Plaintiff that if he wished to pursue this case, he needed to pay the filing fee and file an amended complaint by 2/29/24. Id. The Court warned Plaintiff that if he failed to comply, the Court would dismiss the case. Id. Yet, he failed to comply. Accordingly, consistent with its prior order, the Court dismisses this case. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.